UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALDO ENRIQUE TOBAR, et al., ) | Case No. 07CV817 WQH (WMc) |
| Plaintiffs, ) | **ORDER SETTING DISCOVERY CONFERENCE** |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

    Plaintiff has filed a motion to compel discovery. [Doc. No. 16.]  A discovery conference addressing Plaintiff's motion will be held on **September 12, 2007, at 2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., 940 Front St., Courtroom C, San Diego, CA 92101.

    **IT IS SO ORDERED.**

DATED: September 7, 2007

                                                          Hon. William McCurine, Jr.
                                                          U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD