# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALDO ENRIQUE TOBAR, et al., | Case No. 07CV817 WQH (WMc) |
| Plaintiffs, | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

A discovery conference was held on September 12, 2007. Walter Boyaki and Ruben Hernandez appeared for Plaintiffs. R. Scott Blaze appeared for Defendant United States.

After hearing from counsel of record regarding the status of discovery, the Court issues the following orders:

1. Plaintiffs shall file supplemental briefing of no more than seven pages in support of the motion to compel discovery [Doc. No. 16], **no later than September 27, 2007**;

2. Defendant shall file an opposition of no more than seven pages to Plaintiffs' motion to compel **no later than October 12, 2007**;

3. Plaintiffs' and Defendant's briefs shall focus on the following two issues: (a) may Plaintiffs take depositions in order to support their opposition to Defendant's motion to dismiss for lack of subject matter jurisdiction?; and (b) are depositions needed - why or why not?; and

4. Judge McCurine will take the Plaintiffs' motion to compel discovery under submission. *See* Local Civil Rule 7.1 (d)(1). No further oral argument is requested; and

5. After conferring with the chambers of the Hon. William Q. Hayes, the October 9, 2007 hearing on Defendant's motion to dismiss in front of Judge Hayes [Doc. No. 10] is **CONTINUED** to **November 26, 2007 at 2:00 p.m.** **No oral argument is requested by Judge Hayes.** Questions regarding the motion to dismiss may be directed to Judge Hayes' law clerk at (619) 557-6420.

**IT IS SO ORDERED.**

DATED: September 12, 2007

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD