1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSWALDO ENRIQUE TOBAR, ROSA ZAMBRANO LUCAS, JOFRE CEDENO CEDENO, SEGUNDO ZAMBRANO ALONZO, et al., | ) ) ) ) ) | Case No.: 3:07-cv-00817-WQH-JLB |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | EXHIBIT LIST (DEFENDANT) |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST                    1                    Case No.: 3:07-cv-00817-WQH-JLB

## DEFENDANT'S EXHIBITS

Case Title: <u>TOBAR, ET AL. v. U.S.</u>          Case No.: <u>07-CV-00817-WQH-(JLB)</u>

| EXHIBIT NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | OCT 15 2015 | OCT 15 2015 | REQUISITION AND INVOICE/SHIPPING DOCUMENT (Transfer of Custody document) US 00001 |
| B | OCT 15 2015 | | Law Enforcement Detachment (LEDET) SITREP- BOARDING US 0002-4 |
| C | | | Law Enforcement Detachment (LEDET)  SITREP- BOARDING TWO AND FINAL US 0005-6 |
| D | OCT 15 2015 | | Photographs |
| D1 | OCT 15 2015 | OCT 15 2015 | JOSTIN- vessel US 00036 |
| D2 | OCT 15 2015 | OCT 15 2015 | JOSTIN with five panga boats US 00052 |
| D3 | OCT 15 2015 | OCT 15 2015 | Allege fish catch aboard JOSTIN US 00067 |
| D4 | OCT 15 2015 | OCT 15 2015 | USCG Boarding team approaches JOSTIN US 00047 |
| D5 | OCT 15 2015 | OCT 15 2015 | USCG Boarding team US 00044 |
| E | | | NOFORN (DEA document) US 000147-151 |
| F | | | Law Enforcement Detachment document R 160250Z, October 5, 2005 (LEDET)  US 000153-159 |
| G | | | Law Enforcement Detachment (LEDET)  R 182140Z, October 5, 2005 US 000166-167 |

| | | | |
|---|---|---|---|
| H | | | Coast Guard Command Center Case Log, October 4-14, 2005 US 000181-185 |
| I | OCT 15 2015 | OCT 15 2015 | Law Enforcement Alpha Report, October 5, 2005 US 000198 |
| J | | | Plaintiffs' Answers to Defendant's First Set of Interrogatories (with attached list of plaintiffs) |
| K | | | Email exchange between Villagran and Boyaki re: no tuna onboard JOSTIN (August 3, 2014) |
| L | | | Coast Guard Law Enforcement Detachment (LEDET) R 051739Z, October 5, 2005 US 000160-162 |
| M | | | Ellis Letter dated October 5, 2005, with translation US 000175 |
| N | | | Ellis Letter dated October 7, 2005, with translation US 000177 |
| O | OCT 14 2015 | OCT 15 2015 | Letter from Najera to Ellis dated October 7, 2005, with translation US 000173 |
| P | OCT 14 2015 | OCT 14 2015 | Exemplar SF 95 Claim Form submitted by plaintiffs dated April 10, 2006 |
| Q | OCT 14 2015 | OCT 14 2015 | Letter from Coast Guard Claims to Counsel dated September 1, 2006 |
| R | OCT 14 2015 | OCT 14 2015 | Letter from Plaintiffs' Counsel to Coast Guard Claims dated October 5, 2006 |
| S | OCT 14 2015 | OCT 14 2015 | U.S. Coast Guard Maritime Law Enforcement Manual (MLEM) excerpt |
| T | OCT 14 2015 | OCT 14 2015 | U.S. Coast Guard Maritime Counter Drug and Alien Migrant Interdiction Operations excerpt |
| U | OCT 15 2015 | OCT 15 2015 | Plaintiffs' "Designation of Experts" |

| | | | | |
|---|---|---|---|---|
| V | | | | Google Map showing distance between Manta and Puerto Bolivar, Ecuador (larger scale) |
| W | | | | Google Map showing distance between Manta and Puerto Bolivar, Ecuador (smaller scale) |
| X | | | | January 29, 2014 Responses of United States of America to Plaintiffs' Request for Production of Documents |
| Y | | | | January 29, 2014 Responses of United States of America to Plaintiffs' Request for Admissions |
| Z | | | | January 29, 2014 Responses of United States of America to Plaintiffs' First Set of Interrogatories |
| AA | | | | February 14, 2014 Amended Responses of United States of America to Plaintiffs' First Set of Interrogatories |
| AB | | | | February 14, 2014 Amended Responses of United States of America to Plaintiffs' Request for Admissions |
| AC | | | | September 11, 2014 Second Amended Responses of United States of America To Plaintiffs' First Set of Interrogatories |
| AD | | | | September 11, 2014 Second Amended Responses of United States of America to Plaintiffs' Request for Admission |
| AE | OCT 15 2015 | | | Expert Report of Thomas Schoenbaum |
| AF | OCT 15 2015 | | | CV, List of Cases, Rate Sheet of Thomas Schoenbaum |
| AG | | | | Expert Report of Georgina Moreno |
| AH | | | | CV, List of Cases, Rate Sheet of Georgina Moreno |
| AI | | | | Expert Report of Jose Munoz |

DEFENDANT'S EXHIBIT LIST                    4                    Case No.: 3:07-cv-00817-WQH-JLB

| | | | |
|---|---|---|---|
| AJ | | | CV, List of Cases, Rate Sheet of Jose Munoz |
| AK | | | Expert Report of Dr. Gerald Rosen |
| AL | | | CV, List of Cases, Rate Sheet of Dr. Gerald Rosen |
| AM | OCT 1 4 2015 | OCT 1 4 2015 | Newspaper article from Nacional concerning the JOSTIN, dated October 19, 2005, with translation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Dated: _____          _____

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
