IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALDO ENRIQUE TOBAR, ET AL., | ) ) ) |
| Plaintiffs, | ) No.: 07-CV-00817-WQH-(JLB) ) |
| vs. | ) EXHIBIT LIST (PLAINTIFFS) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

PLAINTIFFS' EXHIBIT LIST            1            No.: 07-CV-00817-WQH-(JLB)

# PLAINTIFFS' EXHIBITS

Case Title: <u>TOBAR, ET AL. v. U.S.</u>          Case No.: <u>07-CV-00817-WQH-(JLB)</u>

| EXHIBIT NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1 | | | Letter dated 9/21/07 from Rear Admiral Milton L. Fernandez. |
| 2 | OCT 14 2015 | OCT 14 2015 | Letter dated 10/5/07 signed by L. Ellis on Embassy letterhead. |
| 3 | OCT 14 2015 | OCT 14 2015 | Letter dated 10/6/07 from L. Ellis. |
| 4  A,B | OCT 14 2015 | *Stipulation to Admission per "no objection" in Objections of the United States [Docket #192].* | TWIX from Bertheau to Coast Guard in California, Washington, DC and others. |
| 5 | OCT 14 2015 | OCT 14 2015 | Deposition of Torrey Bertheau including sworn statement. |
| 6 | | | Letter dated 10/17/05 from Rear Admiral Navas Najera. |
| 7 | OCT 14 2015 | OCT 14 2015 | Naval message dated 10/24/05. |
| 8 | OCT 14 2015 | *Stipulation to Admission per "no objection" in Objections of the United States [Docket #192].* | TWIX dated 10/19/05 from DEA Dauphinais & DEA Cruz to DEA Washington & others. |
| 9 | OCT 14 2015 | OCT 14 2015 | TWIX Coast Guard. |
| 10 | OCT 14 2015 | *Stipulation to Admission per "no objection" in Objections of the United States [Docket #192].* | TWIX dated 10/5/05 concerning <u>Jose Antonio</u> and owners. |

PLAINTIFFS' EXHIBIT LIST                    2                    No.: 07-CV-00817-WQH-(JLB)

| # | | | | Description |
|---|---|---|---|---|
| 11 | | | | Coast Guard regulations. |
| 12 | | | | Agreement between U.S. & Ecuador on Manta base. |
| 13 A+B | OCT 15 2015 | | OCT 15 2015 | Deposition of B. Kieserman including sworn statement. |
| 14 A+B | OCT 15 2015 | | OCT 15 2015 | Deposition of L. Ellis including sworn statement. |
| 15 | | OCT 14 2015 | *Stipulation to Admission per "no objection" in Objections of the United States [Docket #192].* | Coast Guard Command Center case log dated 10/14/05. |
| 16 | | OCT 14 2015 | *Stipulation to Admission per "no objection" in Objections of the United States [Docket #192].* | Coast Guard Case History Report dated 10/5/05. |
| 17 A-E | OCT 14 2015 | | OCT 14 2015 | Standard Form 95 plus letters to Coast Guard dated 4/18/06. |
| 18 | | | | Video & transcriptions. |
| 19 | | | | Commander Tobar appointment to Washington and his removal. |
| 20 | | | | Dr. Grost's report. |
| 21 | | | | Damage Report by Engineer Jorge Tobar Aviles and Mr. Zambrano. |
| 22 A-D | OCT 14 2015 | | *Stipulation to Admission per "no objection" in Objections of the United States* | Pictures of the Jostin. |

PLAINTIFFS' EXHIBIT LIST 2015
18a - OCT 14 2015
18 E

Video Clips

No.: 07-CV-00817-WQH-(JLB)

3

|    |    |    |    |    |
|----|----|----|----|----|
| 1  |    |    | [Docket #192]. |    |
| 2  | 23 |    |    | Pictures of fish. |
| 3  |    |    |    |    |
| 4  |    |    |    |    |
| 5  | 24 |    |    | Deposition of G. Owen. |
| 6  | 25 |    |    | Radio Transmission between Coast Guard and various government agencies from USS McClusky. |
| 7  |    |    |    |    |
| 8  |    |    |    |    |
| 9  | 26 A | OCT 15 2015 |    | Deposition of CPT Cedeno |
| 10 |    |    |    |    |
| 11 | 27 |    |    | Deposition of Mr. Zambrano |
| 12 | 28 A | OCT 15 2015 | OCT 15 2015 | Deposition of Mrs. Zambrano |
| 13 |    |    |    |    |
| 14 | 29 |    |    | Deposition of Professor Schoenbaum |
| 15 |    |    |    |    |
| 16 | 30 |    |    | Deposition of Dauphinais |
| 17 | 31 | OCT 15 2015 | OCT 15 2015 | Deposition Agent of Carlos Cruz |
| 18 |    |    |    |    |
| 19 | 32 | OCT 14 2015 | OCT 14 2015 | U.S.A. Admissions |
| 20 | 33 | OCT 14 2015 | OCT 15 2015 | Agreement |
| 21 |    |    |    |    |
| 22 |    |    |    |    |
| 23 |    |    |    |    |

Dated: _____

_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT